## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EMMA MAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-CV-200-JHP |
| | ) | |
| CHARLES PEARSON, as Sheriff of Muskogee County, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to the Order granting Defendant's Motion for Summary Judgment filed July 6, 2009, the Court hereby enters judgment for the Defendant and against the Plaintiff.

IT IS SO ORDERED this 6th day of July, 2009.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma